BL9122228

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE: MICHELLE HELEN RECKTOSH  :  Chapter: 13
: 
: 
: 
: CASE NO: 12-20385
: 

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 16, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

3936 E FT. LOWELL, SUITE 200
TUCSON, AZ 85712

New Address for Notices and Payments:

eCast Settlement Corporation
PO Box 28136
New York, NY 10087-8136
610-228-2570
proofofclaim@becket-lee.com

Respectfully Submitted,

By:  Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

DATE: 7/25/2016