IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  MICHELLE HELEN RECTOSH, : | | Bankruptcy No.   12-20385 CMB |
| Debtor, : | | |
| v. : | | Chapter 13 |
| MICHELLE HELEN RECKTOSH, : | | |
| Movant, : | | |
| : | | Document No. _____ |
| v. : | | |
| RONDA J. WINNECOUR, CHAPTER 13 ; | | |
| TRUSTEE, : | | |
| Respondents : | | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 02/12/12, at docket number 12-20385, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*  Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

| | | |
|---|---|---|
| Dated: November 2, 2016 | By: | /s/ Michelle Helen Recktosh |
| | | Signature |
| | | /s/ James E. Miscavage, Esquire |
| | | JAMES E. MISCAVAGE, ESQUIRE |
| | | 55 Old Clairton Road, Suite 204 |
| | | Pittsburgh  PA  15236 |
| | | Address of Filer |
| | | jamesmiscavage@gmail.com |
| | | Email Address of Filer |
| | | 412-653-5711 |
| | | Phone Number of Filer |
| | | PA I.D. #41001 |
| | | Bar I.D. and State of Admission |

**PAWB Local Form 24 (07/13)**