# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>   MICHELLE HELEN RECKTOSH <br><br>        Debtor(s) <br> Ronda J. Winnecour, Trustee <br>   Movant <br>     vs. <br> MICHELLE HELEN RECKTOSH <br><br><br>     Respondents | Case No.12-20385CMB <br><br> Chapter 13 <br><br><br> Document No.___76___ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___24th___ day of ___February___, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

        Allegheny Clinic
        Att: Payroll Manager
        320 East North Ave
        Pittsburgh, PA 15212

is hereby ordered to immediately terminate the attachment of the wages of MICHELLE HELEN RECKTOSH, social security number XXX-XX-4029. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHELLE HELEN RECKTOSH.

BY THE COURT:

*Carlota M. Böhm*
**dmr**
UNITED STATES BANKRUPTCY JUDGE

FILED
2/24/17 5:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-20385-CMB
Michelle Helen Recktosh                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Feb 24, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db           +Michelle Helen Recktosh,    1036 Kentucky Blue Drive,    West Mifflin, PA 15122-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James E. Miscavage    on behalf of Debtor Michelle Helen Recktosh jamesmiscavage@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6