**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michelle Helen Recktosh**
**aka Michelle Helen Grazel**
    Debtor(s)

Bankruptcy Case No.: 12−20385−CMB

Chapter: 13
Docket No.: 87 − 82

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 29th day of March, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/7/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/17.**

                                                          Carlota M. Bohm
                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20385-CMB
Michelle Helen Recktosh                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric         Page 1 of 2          Date Rcvd: Mar 29, 2017
                            Form ID: 408       Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
```
db          +Michelle Helen Recktosh,    1036 Kentucky Blue Drive,    West Mifflin, PA 15122-3106
intp        +Allegheny Clinic,    Attn: Payroll Department,    320 East North Avenue,
              Pittsburgh, PA 15212-4756
cr          +BANK OF AMERICA, N.A.,    3523 S. Lancaster Road,    Dallas, TX 75216-5626
cr          +Ditech Financial LLC,    P.O.Box 9013,    Addison, TX 75001-9013
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
intp        +University Of Pittsburgh Physicians,    Attn: Human Resources Dept.,
              U.S. Steel Tower, Floor 56,    600 Grant Street,    Pittsburgh, PA 15219-2702
13284577    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998)
13284578    +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13355052     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13284589    +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13291010    +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13284580    +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13284581    +Citizens Cc,    1000 Lafayette Blv,    Bridgeport, CT 06604-4725
13284579    +Citizens bank na,    Po Box 6497,    Sioux Falls, SD 57117-6497
13284586    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/bestbuy,    Po Box 15519,    Wilmington, DE  19850)
13284587    +Hsbc/yamaha,    90 Christiana Rd,    New Castle, DE 19720-3118
13287178    +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13284590    +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13618665     eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:31      HSBC Bank Nevada, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:57:56
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr           +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:31      eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13495075    +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:23       Azurea I, LLC,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13395489    +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:31      Capital One, N.A.,
              c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13289510     E-mail/Text: mrdiscen@discover.com Mar 30 2017 01:47:39       Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13284582    +E-mail/Text: mrdiscen@discover.com Mar 30 2017 01:47:39       Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13341792    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 30 2017 01:49:48       Duquesne Light Company,
              c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13361219     E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:35      GE Capital Retail Bank,
              Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13620673     E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2017 01:47:55      Green Tree Servicing, LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154
13284583    +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:08      Gecrb/Levin Furniture,
              P.O. Box 965004,    Orlando, FL 32896-5004
13284584    +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:34      Gecrb/Sams Club,
              P.O. Box 965004,    Orlando, FL 32896-5004
13284585    +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:34      Gecrb/Shopnbc Plcc,
              P.O. Box 965004,    Orlando, FL 32896-5004
13288314    +E-mail/Text: bankruptcy@huntington.com Mar 30 2017 01:48:35      Huntington National Bank,
              P O Box 89424,    Cleveland OH 44101-6424
13284588    +E-mail/Text: bankruptcy@huntington.com Mar 30 2017 01:48:35      Huntington National Bank,
              Po Box 1558 Dept Eaw25,    Columbus, OH 43216-1558
13428876     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2017 02:29:33
              InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
              Oklahoma City, OK  73126-9093
13346088    +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:07       OAK HARBOR CAPITAL IV, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13366004     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:57:25
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13349758     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:58:00
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 19
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             RBS Citizens
```

```
District/off: 0315-2          User: dric                  Page 2 of 2                  Date Rcvd: Mar 29, 2017
                              Form ID: 408                Total Noticed: 38

cr*           +Azurea I, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
cr*            InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                Oklahoma City, OK  73126-9093
13311764*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James E. Miscavage    on behalf of Debtor Michelle Helen Recktosh jamesmiscavage@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```