**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHELLE HELEN RECKTOSH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:12-20385<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/28/2012 and confirmed on 4/2/12 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,059.38 |
| Less Refunds to Debtor | 1,367.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 120,691.47 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,100.00 | |
|     Trustee Fee | 4,259.92 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,359.92 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ECAST SETTLEMENT CORP** | 909.97 | 909.97 | 0.00 | 909.97 |
|     Acct: 1921 | | | | |
|   CITIZENS AUTO FINANCE | 11,455.83 | 11,455.83 | 1,942.59 | 13,398.42 |
|     Acct: 1604 | | | | |
|   ECAST SETTLEMENT CORP** | 8,089.81 | 8,089.81 | 1,945.29 | 10,035.10 |
|     Acct: 8185 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1300 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 80,390.72 | 0.00 | 80,390.72 |
|     Acct: 7409 | | | | |
| | | | | 104,734.21 |
| **Priority** | | | | |
|   JAMES E MISCAVAGE ESQ | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELLE HELEN RECKTOSH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELLE HELEN RECKTOSH | 1,367.91 | 1,367.91 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AZUREA I LLC | 5,328.50 | 1,493.75 | 0.00 | 1,493.75 |
|     Acct: 2746 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 4,466.00 | 1,251.97 | 0.00 | 1,251.97 |
|     Acct: 1028 | | | | |
|   CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8238 | | | | |
|   RBS CITIZENS NA** | 6,608.94 | 1,852.70 | 0.00 | 1,852.70 |
|     Acct: 0836 | | | | |
|   DISCOVER BANK(*) | 4,683.98 | 1,313.08 | 0.00 | 1,313.08 |
|     Acct: 2436 | | | | |
|   INSOLVE RECOVERY LLC BY AMERICAN | 2,399.49 | 672.65 | 0.00 | 672.65 |
|     Acct: 8487 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 1,186.01 | 332.48 | 0.00 | 332.48 |

12-20385                                                                                                                Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6946 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 768.67 | 215.48 | 0.00 | 215.48 |
| Acct: 2254 | | | | |
| ECAST SETTLEMENT CORP** | 2,347.92 | 658.20 | 0.00 | 658.20 |
| Acct: 1921 | | | | |
| CAPITAL ONE NA** | 1,737.13 | 486.98 | 0.00 | 486.98 |
| Acct: 0458 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 4,292.07 | 1,203.21 | 0.00 | 1,203.21 |
| Acct: 5377 | | | | |
| DUQUESNE LIGHT COMPANY* | 226.79 | 63.58 | 0.00 | 63.58 |
| Acct: 6001 | | | | |
| OAK HARBOR CAPITAL IV LLC | 190.00 | 53.26 | 0.00 | 53.26 |
| Acct: 7016 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,597.34 |

TOTAL PAID TO CREDITORS                                                                                         114,331.55

TOTAL
CLAIMED              0.00
PRIORITY        20,455.61
SECURED         34,235.50

Date: 03/28/2017                             /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHELLE HELEN RECKTOSH

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-20385

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                Case No. 12-20385-CMB
Michelle Helen Recktosh                                               Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                  Page 1 of 2                  Date Rcvd: Mar 29, 2017
                              Form ID: pdf900             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db           +Michelle Helen Recktosh,    1036 Kentucky Blue Drive,     West Mifflin, PA 15122-3106
intp         +Allegheny Clinic,    Attn: Payroll Department,    320 East North Avenue,
               Pittsburgh, PA 15212-4756
cr           +BANK OF AMERICA, N.A.,    3523 S. Lancaster Road,    Dallas, TX 75216-5626
cr           +Ditech Financial LLC,    P.O.Box 9013,    Addison, TX 75001-9013
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,     225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
intp         +University Of Pittsburgh Physicians,    Attn: Human Resources Dept.,
               U.S. Steel Tower, Floor 56,    600 Grant Street,    Pittsburgh, PA 15219-2702
13284577     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX  79998)
13284578     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13355052      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13284589     +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13291010     +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13284580     +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13284581     +Citizens Cc,    1000 Lafayette Blv,    Bridgeport, CT 06604-4725
13284579     +Citizens bank na,    Po Box 6497,    Sioux Falls, SD 57117-6497
13284586     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/bestbuy,     Po Box 15519,    Wilmington, DE  19850)
13284587     +Hsbc/yamaha,    90 Christiana Rd,    New Castle, DE 19720-3118
13287178     +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13284590     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13618665      eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:33      HSBC Bank Nevada, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:56:27
               PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr           +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:33      eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13495075     +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:23      Azurea I, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13395489     +E-mail/Text: bnc@bass-associates.com Mar 30 2017 01:47:33      Capital One, N.A.,
               c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13289510      E-mail/Text: mrdiscen@discover.com Mar 30 2017 01:47:39      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13284582     +E-mail/Text: mrdiscen@discover.com Mar 30 2017 01:47:39      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13341792     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 30 2017 01:49:49      Duquesne Light Company,
               c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13361219      E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:35     GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13620673      E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2017 01:47:55      Green Tree Servicing, LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
13284583     +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:36     Gecrb/Levin Furniture,
               P.O. Box 965004,    Orlando, FL 32896-5004
13284584     +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:08     Gecrb/Sams Club,
               P.O. Box 965004,    Orlando, FL 32896-5004
13284585     +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:56:35     Gecrb/Shopnbc Plcc,
               P.O. Box 965004,    Orlando, FL 32896-5004
13288314     +E-mail/Text: bankruptcy@huntington.com Mar 30 2017 01:48:36      Huntington National Bank,
               P O Box 89424,    Cleveland OH 44101-6424
13284588     +E-mail/Text: bankruptcy@huntington.com Mar 30 2017 01:48:37      Huntington National Bank,
               Po Box 1558 Dept Eaw25,    Columbus, OH 43216-1558
13428876      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2017 02:29:20
               InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
               Oklahoma City, OK  73126-9093
13346088     +E-mail/Text: bncmail@w-legal.com Mar 30 2017 01:49:07     OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13366004      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 02:18:30
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13349758      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 01:58:01
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             RBS Citizens
```

```
District/off: 0315-2           User: dric                  Page 2 of 2                   Date Rcvd: Mar 29, 2017
                               Form ID: pdf900             Total Noticed: 38
cr*            +Azurea I, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*             InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
13311764*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
                                                                                           TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James E. Miscavage     on behalf of Debtor Michelle Helen Recktosh jamesmiscavage@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                    TOTAL: 7
```