## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Case No.: 12-20385 (CMB) |
| MICHELLE H. RECKTOSH | Chapter 13 |
| Debtor. | Doc. No. 98 |
| UNITED STATES TRUSTEE, | |
| Movant, | |
| v. | |
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC | |
| Respondent. | |

**ORDER GRANTING THE JOINT MOTION TO CONTINUE HEARING ON MOTION FOR ESCROW ACCOUNT RECONCILIATION STATEMENT, INCLUDING WAIVER OF UNNOTICED ESCROW CHARGES OR REFUND OF ESCROW SURPLUS**

Upon consideration of the *Joint Motion to Continue Hearing on Motion For Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* (the "Joint Motion")[1] and all pleadings related thereto, and the Court finding that: (i) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and (ii) the legal and factual bases set forth in the Joint Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Joint Motion is GRANTED as set forth herein.

---

[1] Capitalized terms used but not defined in this Order shall have the meanings given in the Joint Motion.

- 1 -

2. The hearing on the *Motion for Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* is continued to **July 19, 2017, at 10:00 a.m.** in Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh, PA  15219.

3. Ditech's response to the *Motion for Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* is due on or before **July 12, 2017**.

Prepared by:  Maura P. Nuno

Dated:  _____June 1_____, 2017

CARLOTA M. BÖHM  **dmr**
UNITED STATES BANKRUPTCY COURT

FILED
6/1/17 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michelle Helen Recktosh  
    Debtor

Case No. 12-20385-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jun 01, 2017  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.  
db    +Michelle Helen Recktosh,    1036 Kentucky Blue Drive,    West Mifflin, PA 15122-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:

    Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
    Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com, sklein@hunton.com  
    James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
    James E. Miscavage    on behalf of Debtor Michelle Helen Recktosh jamesmiscavage@gmail.com  
    Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com  
    Maura P. Nuno    on behalf of Creditor    Ditech Financial LLC mnuno@reedsmith.com  
    Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
        TOTAL: 10