IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>MICHELLE H. RECKTOSH<br><br>              Debtor. | Case No.: 12-20385 (CMB)<br><br>Chapter 13<br><br>Doc. No. 102 |
| UNITED STATES TRUSTEE,<br><br>              Movant,<br><br>v.<br><br>DITECH FINANCIAL LLC<br>f/k/a GREEN TREE SERVICING LLC<br><br>              Respondent. | |

**ORDER GRANTING THE JOINT MOTION TO CONTINUE HEARING
ON MOTION FOR ESCROW ACCOUNT RECONCILIATION
STATEMENT, INCLUDING WAIVER OF UNNOTICED
ESCROW CHARGES OR REFUND OF ESCROW SURPLUS**

Upon consideration of the *Joint Motion to Continue Hearing on Motion For Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* (the "Joint Motion")[1] and all pleadings related thereto, and the Court finding that: (i) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and (ii) the legal and factual bases set forth in the Joint Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.     The Joint Motion is GRANTED as set forth herein.

---

[1] Capitalized terms used but not defined in this Order shall have the meanings given in the Joint Motion.

2. The hearing on the *Motion for Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* is continued to **September 27, 2017, at 10:00 a.m.** in Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh, PA.

3. Ditech's response to the *Motion for Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* is due on or before **September 20, 2017**.

Prepared by: Maura P. Nuno

Dated: _____July 12_____, 2017

CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY COURT

FILED
7/12/17 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- 2 -

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20385-CMB
Michelle Helen Recktosh                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric              Page 1 of 1           Date Rcvd: Jul 12, 2017
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db            +Michelle Helen Recktosh,    1036 Kentucky Blue Drive,    West Mifflin, PA 15122-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
       sklein@hunton.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      James E. Miscavage    on behalf of Debtor Michelle Helen Recktosh jamesmiscavage@gmail.com
      Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com,
       bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
      Maura P. Nuno    on behalf of Creditor    Ditech Financial LLC mnuno@reedsmith.com
      Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                       TOTAL: 10