**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>MICHELLE H. RECKTOSH<br>(a/k/a MICHELLE H. GRAZEL)<br><br>                Debtor.<br><br>UNITED STATES TRUSTEE,<br><br>                Movant,<br><br>    v.<br><br>DITECH FINANCIAL LLC<br>f/k/a GREEN TREE SERVICING LLC<br><br>                Respondent. | Case No.: 12-20385 (CMB)<br><br>Chapter 13<br><br>Doc. No. <u>109</u><br><br>Related to Doc. No. 93 |

**STIPULATED AND AGREED ORDER BETWEEN DITECH FINANCIAL LLC, THE UNITED STATES TRUSTEE, THE CHAPTER 13 TRUSTEE, AND THE DEBTOR TO RESOLVE THE MOTION FOR RECONCILIATION**

        Ditech Financial LLC ("<u>Ditech</u>"), Andrew R. Vara, Acting United States Trustee (the "<u>United States Trustee</u>"), the chapter 13 trustee, and the Debtor (collectively, the "<u>Parties</u>") hereby file this Stipulated and Agreed Order (the "<u>Stipulation</u>") in which the Parties stipulate and agree to the entry of an order (a) resolving the disputed escrow surplus amount; and (b) prohibiting Ditech from attempting to collect the escrow surplus from the Debtor at any time.

<u>BACKGROUND</u>

        1.        On January 28, 2012, Michelle H. Recktosh (a/k/a Michelle H. Grazel) (the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C § 101 *et seq.*, (the "<u>Bankruptcy Case</u>") in the United States Bankruptcy Court for the Western District of Pennsylvania (the "<u>Court</u>").

2. On April 16, 2012, Bank of America, N.A., filed a proof of claim in the Bankruptcy Case [Claim No. 11].

3. On April 20, 2013, Bank of America filed a notice of transfer of claim from Bank of America, N.A. to Ditech [Doc. No. 44].

4. On March 13, 2017, the chapter 13 trustee filed the *Notice of Final Cure Payment* regarding claim number 11 [Doc. No. 79].

5. On March 29, 2017, Ditech filed its *Response to Notice of Final Cure Mortgage Payment* [Doc. No. 85] stating that the Debtor is current with all postpetition payments.

6. On April 4, 2017, the United States Trustee filed the *Motion for Escrow Account Reconciliation Statement, Including Waiver of Unnoticed Escrow Charges or Refund of Escrow Surplus* (the "Motion for Reconciliation") [Doc. No. 93].

7. In response to the United State Trustee's Motion for Reconciliation, Ditech reviewed the Debtor's escrow account and determined that a $763.33 escrow surplus is present in the Debtor's escrow account. As more fully set forth in the escrow reconciliation table attached hereto as **Exhibit A**, the Debtor's escrow account is current.

## STIPULATION

8. Ditech consents to the jurisdiction of this court to enter the proposed Stipulation. This court reserves jurisdiction to rule on any disputes and to enforce this Stipulation.

9. This Stipulation shall be interpreted as if drafted by all Parties.

10. This Stipulation contains all of the terms of the Parties' agreement and supersedes any prior understandings or agreements.

11. Ditech's electronic, scanned, or facsimile signatures on this Stipulation shall be valid for all purposes as though they were original signatures.

12. This Stipulation shall in no way limit the Parties' rights, or be binding upon the Parties, in any other cases.

13. Ditech will file Notices of Mortgage Payment Change as required by Fed. R. Bankr. P. 3002.1 for any further changes in the Debtor's ongoing monthly mortgage payments.

14. Ditech will ensure that its system of record reflects the account adjustments contemplated herein.

15. Ditech will pay the $763.33 escrow surplus to the chapter 13 trustee contemporaneously with the execution of the Stipulation and agrees not to pursue the $763.33 surplus from the Debtor at any time.

16. Based on Parties' agreement herein, the United States Trustee withdraws his Motion for Reconciliation.

17. The Parties shall each bear their own respective attorneys' fees and costs.

18. To the extent required, Ditech waives personal service of this Stipulation. The Stipulation may be served on Jared S. Roach, Reed Smith LLP, Reed Smith Centre, 225 Fifth Avenue, Pittsburgh, PA  15222-2716 by ECF Notice and/or First Class U.S. Mail.

[*Remainder of page intentionally left blank*]

**AGREED TO AND ACCEPTED BY:**

Dated: September 20, 2017

| | |
|---|---|
| REED SMITH LLP<br><br>*/s/ Jared S. Roach*<br>Jared S. Roach (PA ID No. 307541)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>Email: jroach@reedsmith.com<br><br>*Counsel to Ditech Financial LLC* | ANDREW R. VARA, ACTING<br>UNITED STATES TRUSTEE<br><br>By: */s/ Norma Hildenbrand*<br>Norma Hildenbrand, Trial Attorney<br>PA ID 70421<br>Liberty Avenue<br>Pittsburgh, PA 15222<br>(412) 644-4756 Telephone<br>(412) 644-4785 Facsimile<br>norma.l.hildenbrand@usdoj.gov |
| CHAPTER 13 TRUSTEE<br><br>*/s/ Ronda J. Winnecour*<br>Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | */s/ James E. Miscavage*<br>James E. Miscavage<br>55 Old Clairton Road<br>Suite 204<br>Pleasant Hills, PA 15236<br>jamesmiscavage@gmail.com<br>*Counsel for the Debtor* |

Dated: ___September 22___, 2017        BY THE COURT:

_____
CARLOTA M. BÖHM    dmr
UNITED STATES BANKRUPTCY COURT

FILED
9/22/17 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Exhibit A

| Payments to Escrow | | Payments from Escrow | | Escrow Balance |
|---|---|---|---|---|
| DATE | ACTUAL | ACTUAL | DESCRIPTION | ACTUAL |
| 04/10/13 | | | STARTING BAL | $134.22 |
| 04/10/13 | $469.14 | | Monthly payment | $603.36 |
| 04/18/13 | | ($78.64) | PMI DSB | $524.72 |
| 04/22/13 | $13.90 | | Monthly payment | $538.62 |
| 05/08/13 | $469.14 | | Monthly payment | $1,007.76 |
| 05/21/13 | | ($78.64) | PMI DSB | $929.12 |
| 05/21/13 | | ($78.64) | PMI DSB | $850.48 |
| 05/29/13 | $469.14 | | Monthly payment | $1,319.62 |
| 05/29/13 | $469.14 | | Monthly payment | $1,788.76 |
| 06/21/13 | | ($78.64) | PMI DSB | $1,710.12 |
| 06/29/13 | $469.14 | | Monthly payment | $2,179.26 |
| 07/26/13 | | ($78.64) | PMI DSB | $2,100.62 |
| 07/30/13 | $469.14 | | Monthly payment | $2,569.76 |
| 08/15/13 | | ($2,200.06) | SCHOOL TAX | $369.70 |
| 08/15/13 | | ($78.64) | PMI DSB | $291.06 |
| 08/31/13 | $469.14 | | Monthly payment | $760.20 |
| 09/18/13 | | ($78.64) | PMI DSB | $681.56 |
| 09/24/13 | | ($717.00) | HAZ INS | ($35.44) |
| 09/30/13 | $469.14 | | Monthly payment | $433.70 |
| 09/30/13 | $469.14 | | Monthly payment | $902.84 |
| 10/24/13 | | ($76.72) | PMI DSB | $826.12 |
| 10/29/13 | $469.14 | | Monthly payment | $1,295.26 |
| 11/21/13 | | ($76.72) | PMI DSB | $1,218.54 |
| 11/26/13 | $469.14 | | Monthly payment | $1,687.68 |
| 12/23/13 | | ($76.72) | PMI DSB | $1,610.96 |
| 01/21/14 | | ($76.72) | PMI DSB | $1,534.24 |
| 02/19/14 | | ($76.72) | PMI DSB | $1,457.52 |

1

| Date | | | | |
|---|---|---|---|---|
| 02/22/14 | | ($477.45) | COUNTY TAX | $980.07 |
| 03/13/14 | | ($76.72) | PMI DSB | $903.35 |
| 04/21/14 | | ($76.72) | PMI DSB | $826.63 |
| 04/26/14 | | ($895.28) | CITY TAX | ($68.65) |
| 05/20/14 | | ($76.72) | PMI DSB | ($145.37) |
| 06/02/14 | $469.14 | | Monthly payment | $323.77 |
| 06/16/14 | | ($76.72) | PMI DSB | $247.05 |
| 06/30/14 | $434.20 | | Monthly payment | $681.25 |
| 06/30/14 | $434.20 | | Monthly payment | $1,115.45 |
| 06/30/14 | $297.33 | | Monthly payment | $1,412.78 |
| 07/11/14 | | ($76.72) | PMI DSB | $1,336.06 |
| 07/26/14 | $136.87 | | Monthly payment | $1,472.93 |
| 08/19/14 | | ($76.72) | PMI DSB | $1,396.21 |
| 08/27/14 | | ($2,685.40) | SCHOOL TAX | ($1,289.19) |
| 09/17/14 | | ($76.72) | PMI DSB | ($1,365.91) |
| 09/24/14 | | ($979.00) | HAZ INS | ($2,344.91) |
| 10/13/14 | | ($75.20) | PMI DSB | ($2,420.11) |
| 11/11/14 | $469.14 | | Monthly payment | ($1,950.97) |
| 11/11/14 | $469.14 | | Monthly payment | ($1,481.83) |
| 11/11/14 | $469.14 | | Monthly payment | ($1,012.69) |
| 11/11/14 | $104.82 | | Monthly payment | ($907.87) |
| 11/21/14 | | ($75.20) | PMI DSB | ($983.07) |
| 12/02/14 | $469.14 | | Monthly payment | ($513.93) |
| 12/11/14 | | ($75.20) | PMI DSB | ($589.13) |
| 12/30/14 | $469.14 | | Monthly payment | ($119.99) |
| 12/30/14 | $469.14 | | Monthly payment | $349.15 |
| 01/19/15 | | ($75.20) | PMI DSB | $273.95 |
| 01/30/15 | $469.14 | | Monthly payment | $743.09 |
| 02/18/15 | | ($75.20) | PMI DSB | $667.89 |
| 02/21/15 | | ($477.45) | COUNTY TAX | $190.44 |

2

| | | | | |
|---|---|---|---|---|
| 02/28/15 | $469.14 | | Monthly payment | $659.58 |
| 02/28/15 | $469.14 | | Monthly payment | $1,128.72 |
| 03/16/15 | | ($75.20) | PMI DSB | $1,053.52 |
| 03/21/15 | | ($762.10) | CITY TAX | $291.42 |
| 03/31/15 | $469.14 | | Monthly payment | $760.56 |
| 04/11/15 | | ($236.77) | Other | $523.79 |
| 04/20/15 | | ($75.20) | PMI DSB | $448.59 |
| 04/25/15 | | ($895.28) | Delinquent | ($446.69) |
| 04/27/15 | $236.77 | | Other Refund | ($209.92) |
| 04/30/15 | $469.14 | | Monthly payment | $259.22 |
| 05/20/15 | | ($75.20) | PMI DSB | $184.02 |
| 05/29/15 | $469.14 | | Monthly payment | $653.16 |
| 06/18/15 | | ($75.20) | PMI DSB | $577.96 |
| 06/30/15 | $469.14 | | Monthly payment | $1,047.10 |
| 07/22/15 | | ($75.20) | PMI DSB | $971.90 |
| 07/31/15 | $469.14 | | Monthly payment | $1,441.04 |
| 07/31/15 | $469.14 | | Monthly payment | $1,910.18 |
| 08/12/15 | | ($2,683.69) | SCHOOL TAX | ($773.51) |
| 08/21/15 | | ($75.20) | PMI DSB | ($848.71) |
| 08/31/15 | $469.14 | | Monthly payment | ($379.57) |
| 09/18/15 | | ($75.20) | PMI DSB | ($454.77) |
| 09/23/15 | | ($998.00) | HAZ INS | ($1,452.77) |
| 10/02/15 | $469.14 | | Monthly payment | ($983.63) |
| 10/12/15 | | ($72.52) | PMI DSB | ($1,056.15) |
| 10/29/15 | $469.14 | | Monthly payment | ($587.01) |
| 11/16/15 | | ($72.52) | PMI DSB | ($659.53) |
| 11/30/15 | $469.14 | | Monthly payment | ($190.39) |
| 11/30/15 | $469.14 | | Monthly payment | $278.75 |
| 12/29/15 | $469.14 | | Monthly payment | $747.89 |
| 01/29/16 | $469.14 | | Monthly | $1,217.03 |

3

|          |          |             |                  |            |
|----------|----------|-------------|------------------|------------|
|          |          |             | payment          |            |
| 02/27/16 |          | ($477.45)   | COUNTY TAX       | $739.58    |
| 02/29/16 | $469.14  |             | Monthly payment  | $1,208.72  |
| 03/31/16 | $469.14  |             | Monthly payment  | $1,677.86  |
| 04/13/16 |          | ($934.41)   | CITY TAX         | $743.45    |
| 04/27/16 | $469.14  |             | Monthly payment  | $1,212.59  |
| 06/01/16 | $469.14  |             | Monthly payment  | $1,681.73  |
| 07/14/16 | $469.14  |             | Monthly payment  | $2,150.87  |
| 08/12/16 | $469.14  |             | Monthly payment  | $2,620.01  |
| 08/22/16 |          | ($2,681.39) | SCHOOL TAX       | ($61.38)   |
| 09/24/16 |          | ($986.00)   | HAZ INS          | ($1,047.38)|
| 09/30/16 | $469.14  |             | Monthly payment  | ($578.24)  |
| 10/11/16 | $469.14  |             | Monthly payment  | ($109.10)  |
| 11/03/16 | $469.14  |             | Monthly payment  | $360.04    |
| 12/01/16 | $469.14  |             | Monthly payment  | $829.18    |
| 12/31/16 | $469.14  |             | Monthly payment  | $1,298.32  |
| 12/31/16 | $0.33    |             | IOE DEPOSIT      | $1,298.65  |
| 02/24/17 |          | ($477.45)   | COUNTY TAX       | $821.20    |
| 03/02/17 | $469.14  |             | Monthly payment  | $1,290.34  |
| 03/22/17 | $469.14  |             | Monthly payment  | $1,759.48  |
| 04/03/17 | $469.14  |             | Monthly payment  | $2,228.62  |
| 04/24/17 |          | ($934.41)   | CITY TAX         | $1,294.21  |
| 05/03/17 | $588.34  |             | Shortage waiver  | $1,882.55  |
| 05/10/17 | $469.14  |             | Monthly payment  | $2,351.69  |
| 06/13/17 | $469.14  |             | Monthly payment  | $2,820.83  |
| 08/01/17 | $423.28  |             | Monthly payment  | $3,244.11  |
| 08/15/17 | $423.28  |             | Monthly payment  | $3,667.39  |

4

| 08/23/17 | $762.10 |            | Waiver     | $4,429.49 |
|----------|---------|------------|------------|-----------|
| 08/28/17 |         | ($2,680.43)| SCHOOL TAX | $1,749.06 |

5

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michelle Helen Recktosh
    Debtor

Case No. 12-20385-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Sep 22, 2017
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
db         +Michelle Helen Recktosh,    1036 Kentucky Blue Drive,    West Mifflin, PA 15122-3106
           +Perry A. Napolitano,    Reed Smith, LLP,    225 Fifth Avenue,    Pittsburgh, PA 15222-2716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
           sklein@hunton.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         James E. Miscavage    on behalf of Debtor Michelle Helen Recktosh jamesmiscavage@gmail.com
         Jared S. Roach    on behalf of Creditor    Ditech Financial LLC jroach@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com
         Maura P. Nuno    on behalf of Creditor    Ditech Financial LLC mnuno@reedsmith.com
         Norma Hildenbrand, on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
         Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                        TOTAL: 10