**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHELLE HELEN RECKTOSH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:12-20385 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 01/28/2012 and confirmed on 04/02/2012 . The case was subsequently
(K)COMPLETED FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 122,822.71 |
| Less Refunds to Debtor | | 1,367.91 | |
| TOTAL AMOUNT OF PLAN FUND | | | 121,454.80 |
| | | | |
| Administrative Fees | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 2,100.00 | |
| Trustee Fee | | 4,294.50 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 6,394.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| ECAST SETTLEMENT CORP** | 909.97 | 909.97 | 0.00 | 909.97 |
| Acct: 1921 | | | | |
| CITIZENS AUTO FINANCE(*) | 11,455.83 | 11,455.83 | 1,942.59 | 13,398.42 |
| Acct: 1604 | | | | |
| ECAST SETTLEMENT CORP** | 8,089.81 | 8,089.81 | 1,945.29 | 10,035.10 |
| Acct: 8185 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| GREEN TREE SERVICING LLC | 0.00 | 80,390.72 | 0.00 | 80,390.72 |
| Acct: 7409 | | | | |
| | | | | 104,734.21 |
| Priority | | | | |
| JAMES E MISCAVAGE ESQ | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHELLE HELEN RECKTOSH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHELLE HELEN RECKTOSH | 1,367.91 | 1,367.91 | 0.00 | 0.00 |
| Acct: | | | | |

| 12-20385 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AZUREA I LLC<br>Acct: 2746 | 5,328.50 | 1,607.18 | 0.00 | 1,607.18 |
| PRA RECEIVABLES MANAGEMENT LLC - /<br>Acct: 1028 | 4,466.00 | 1,347.03 | 0.00 | 1,347.03 |
| CITIZENS BANK*<br>Acct: 8238 | 0.00 | 0.00 | 0.00 | 0.00 |
| RBS CITIZENS NA(*)<br>Acct: 0836 | 6,608.94 | 1,993.39 | 0.00 | 1,993.39 |
| DISCOVER BANK(*)<br>Acct: 2436 | 4,683.98 | 1,412.78 | 0.00 | 1,412.78 |
| INSOLVE RECOVERY LLC BY AMERICAN I<br>Acct: 8487 | 2,399.49 | 723.73 | 0.00 | 723.73 |
| PRA RECEIVABLES MANAGEMENT LLC - /<br>Acct: 6946 | 1,186.01 | 357.72 | 0.00 | 357.72 |
| PRA RECEIVABLES MANAGEMENT LLC - /<br>Acct: 2254 | 768.67 | 231.85 | 0.00 | 231.85 |
| ECAST SETTLEMENT CORP**<br>Acct: 1921 | 2,347.92 | 708.18 | 0.00 | 708.18 |
| CAPITAL ONE NA**<br>Acct: 0458 | 1,737.13 | 523.95 | 0.00 | 523.95 |
| PRA RECEIVABLES MANAGEMENT LLC - /<br>Acct: 5377 | 4,292.07 | 1,294.57 | 0.00 | 1,294.57 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 6001 | 226.79 | 68.40 | 0.00 | 68.40 |
| OAK HARBOR CAPITAL IV LLC<br>Acct: 7016 | 190.00 | 57.31 | 0.00 | 57.31 |
| EQUITABLE GAS CO (*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 10,326.09 |

| TOTAL PAID TO CREDITORS | | 115,060.30 |
|---|---|---|

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 20,455.61 |
| UNSECURED | 34,235.50 |

Date: 11/20/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com